**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

RUBY AMANCIO,                              :
                 Plaintiff          :

vs.                                       :          Civil Action No.:
                        :

TARGET CORPORATION D/B/A                   :
TARGET STORES, INC.                        :
                     :
            Defendant          :          July 22, 2020

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant, **Target Corporation d/b/a Target Stores, Inc.,** hereby gives notice of the removal of the above-captioned action from the Superior Court of Connecticut, J.D. of Danbury at Danbury, which is the judicial district in which said action is pending, to this Court. The grounds for removal are as follows:

1.     On or about July 8, 2020 the plaintiff, RUBY AMANCIO, commenced a civil action against Target Corporation D/B/A Target Stores, Inc. in the Superior Court of Connecticut, J.D. of Danbury, at Danbury, titled <u>Ruby Amancio v. Target Corporation D/B/A Target Stores, Inc</u>. (the "Danbury Action"), Docket Number, DBD-CV20-6036522-S.

1

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

2.     In the plaintiff's Complaint, she alleges that as a result of the negligence of the defendant, she "suffered the following injuries, some or all of which may be permanent in nature: injuries to the muscles and soft tissues of her cervical spine; cervical disc herniations at the C5-C6 and C6-C7 levels; injuries to the muscles and soft tissues of her thoracic spine; injuries to the muscles and soft tissues of her lumbar spine; lumbar disc displacement at the L4-L5 and L5-S1 levels; right knee meniscal sprain/tear; right knee strain/sprain and emotional upset."

3.     Plaintiff's counsel's demand letter dated April 30, 2020 sets forth medical bills of over $100,000, and makes a demand of $500,000 to settle the plaintiff's claims.

4.     This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1332(a) because complete diversity exists between the plaintiff and the defendant Target Corporation d/b/a Target Stores, Inc., and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.     There is complete diversity of citizenship between the plaintiff and the defendant. Plaintiff is an individual who is a citizen of the State of Connecticut. The defendant, Target Corporation, is a Minnesota corporation and maintains its principal place of business in Minneapolis, Minnesota.

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

6.     Upon information and belief, the value of the Danbury Action exceeds the sum or value of $75,000, exclusive of interest and costs.  Specifically, the case appears to have value in excess of $75,000 based on the extensive list of injuries listed in the plaintiff's Complaint, the medical bills of over $100,000 and the demand of $500,000 to settle the plaintiff's claims, set forth in plaintiff's counsel's demand letter dated April 30, 2020.

7.     This Notice of Removal is being timely filed within 30 days after the receipt by defendant, Target Corporation d/b/a Target Stores, Inc., through service of a copy of the initial pleading setting forth the claim for relief upon which plaintiff's claims are based, pursuant to 28 U.S.C. § 1446. Plaintiff served her initial pleading in the Danbury Action on defendant Target Corporation d/b/a Target Stores, Inc. on June 24, 2020.  Accordingly, the time for filing this Notice under the provisions of 28 U.S.C. § 1441 has not expired.

8.     This Court would have had original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the Danbury Action had originally been brought in Federal court.  Removal is therefore proper under 28 U.S.C. § 1441(a).

9.     Removal of this case on the basis of diversity citizenship is not precluded by 28 U.S.C § 1441(b)(2) because none of the parties in interest has joined and served

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

as a defendant a citizen of the State of Connecticut, which is the State in which the Danbury Action was brought.

10.    All state court papers served on defendants at the time of removal, consisting of the summons and complaint, are attached hereto as Exhibit B.

11.    Written notice of the filing of this Notice has been given to all parties as required by law (Exhibit C).

12.    Pursuant to 28 USC §1446(d), the defendant has notified the Superior Court of the State of Connecticut of the filing of this petition.

For the reasons set forth above, defendant hereby removes this action from the Superior Court of Connecticut, J.D. of Danbury at Danbury, to this Court.

DEFENDANTS,
TARGET CORPORATION D/B/A
TARGET STORES, INC., ET AL


By: /s/ Renee W. Dwyer ct10580
Renee W. Dwyer, ct10580
Conway Stoughton LLC
641 Farmington Avenue
Hartford, CT 06105
Phone: (860) 523-8000
Fax: (860) 523-8002
E-Mail: rdwyer@conwaystoughton.com

4

## CERTIFICATION

I hereby certify that on July 22, 2020, a copy of the foregoing Federal Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Renee W. Dwyer ct10580
Renee W. Dwyer, ct10580
Conway Stoughton LLC
641 Farmington Avenue
Hartford, CT 06105
Phone: (860) 523-8000
Fax: (860) 523-8002
E-Mail: rdwyer@conwaystoughton.com

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

# EXHIBIT A

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

DOCKET NO. DBD-CV20-6036522S     :     SUPERIOR COURT

RUBY AMANCIO     :     J.D. OF DANBURY

VS.     :     AT DANBURY

TARGET CORPORATION D/B/A
TARGET STORES, INC.     :     JULY 22, 2020

## NOTICE TO STATE COURT OF REMOVAL OF ACTION

In accordance with 28 U.S.C. § 1446(d), the defendant, Target Corporation d/b/a Target Stores, Inc., hereby files this Notice of Removal with the Superior Court of Connecticut, for the Judicial District of Danbury.

TO: Clerk of the Superior Court, J.D. of Danbury.

You are hereby notified that Target Corporation d/b/a Target Stores, Inc., filed with the Clerk of the United States District Court for the District of Connecticut a Notice of Removal of the above-captioned action from the State Superior Court to the Federal District Court. A copy of said Notice of Removal is attached hereto as Exhibit A. By filing this notice, the defendants have effected a removal of this action to the United States District Court for the District of Connecticut.

1

Pursuant to 28 U.S.C. § 1446(d), the Superior Court is prohibited from proceeding further in the above-captioned action unless and until the action is remanded to this Court.

DEFENDANTS,
TARGET CORPORATION D/B/A
TARGET STORES, INC.

By: _/s/ Renée W. Dwyer_

Renée W. Dwyer
Amanda Buckingham
Conway Stoughton LLC
641 Farmington Avenue
Hartford, CT 06105
Phone: (860) 523-8000
Fax: (860) 523-8002
Juris No.421209

2

## **CERTIFICATION**

      I hereby certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this 22nd day of July, 2020, to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

David B. Hartshorn, Esq.
Law Offices of Brian J. Mongelluzzo, LLC
1211 Chase Parkway
Waterbury, CT 06708
pleadings@bjmlaw.com

                            /s/ Renee W. Dwyer
                            Renée W. Dwyer

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

# EXHIBIT B

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

**SUMMONS - CIVIL**
JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**See other side for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 146 White Street, Danbury, CT 06810 | ( 203 )207-8600 | JULY | 28 | 2 020 |
| | | Month | Day | Year |

| ☒ Judicial District  ☐ Housing Session | ☐ G.A. Number: | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* **Danbury** | Case type code *(See list on page 2)* Major: **T**   Minor: **03** |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* **Law Offices of Brian J. Mongelluzzo, LLC 1211 Chase Parkway, Waterbury CT 06708** | Juris number *(to be entered by attorney only)* **424434** |
|---|---|

| Telephone number *(with area code)* ( 203 ) 574-2326 | Signature of Plaintiff *(if self-represented)* |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* pleadings@bjmlaw.com |
|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: **Amancio, Ruby** Address: **4B Kay View Avenue, Bethel, CT 06801** | P-01 |
| Additional Plaintiff | Name: Address: | P-02 |
| First Defendant | Name: **Target Corporation d/b/a Target Stores, Inc. 7 Stony Hill Road, Bethel, CT 06801** Address: **Agent for Service: C T Corporation System, 67 Burnside Avenue, East Hartford, CT 06108** | D-01 |
| Additional Defendant | Name: Address: | D-02 |
| Additional Defendant | Name: Address: | D-03 |
| Additional Defendant | Name: Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left **David B. Hartshorn, Esq.** | Date signed 6/23/20 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

| | | For Court Use Only |
|---|---|---|
| | | File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

**Instructions**

1. *Type or print legibly; sign summons.*
2. *Prepare or photocopy a summons for each defendant.*
3. *Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*
4. *After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*
5. *Do not use this form for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters)*
   (b) *Summary Process actions*
   (c) *Applications for change of name*
   (d) *Probate appeals*
   (e) *Administrative appeals*

   (f) *Proceedings pertaining to arbitration*
   (g) *Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   (h) *Entry and Detainer proceedings*
   (i) *Housing Code Enforcement actions*

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

---

## Case Type Codes

| Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing  - Return of Security Deposit |
| | H 12 | Housing  - Rent and/or Damages |
| | H 40 | Housing  - Audita Querela/Injunction |
| | H 50 | Housing  - Administrative Appeal |
| | H 60 | Housing  - Municipal Enforcement |
| | H 90 | Housing  - All Other |

| Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | | |
|---|---|---|
| **RETURN DATE: JULY 28, 2020** | : | **SUPERIOR COURT** |
| **RUBY AMANCIO** | : | **J.D. OF DANBURY** |
| **V.** | : | **AT DANBURY** |
| **TARGET CORPORATION**<br>**D/B/A TARGET STORES, INC.** | : | **JUNE 23, 2020** |

## COMPLAINT

    1.     On July 5, 2018, and at all times mentioned herein the defendant, **TARGET CORPORATION D/B/A TARGET STORES, INC.** (hereinafter "**TARGET**") was a corporation organized and existing under the laws of the State of Connecticut with a business address of 1000 Nicollett Mall, Minneapolis, Minnesota.

    2.     At all times mentioned herein the defendant, **TARGET**, managed, maintained, possessed and/or controlled property (hereinafter "Premises") known as 7 Stony Hill Road in Bethel, Connecticut, at which the plaintiff, **RUBY AMANCIO**, was a business invitee and patron.

    3.     At all times relevant hereto it was the responsibility of the defendant, **TARGET**, through its agents, servants and/or employees, to exercise ordinary and reasonable care to maintain said premises in a reasonably safe condition for persons such as the plaintiff.

    4.     On July 8, 2018 the plaintiff, **RUBY AMANCIO**, was walking inside the Premises near the food court area open to the public when she was caused to slip and fall by

water upon on the floor, causing injuries and damages to the plaintiff as more fully set forth below.

5.      The injuries and damages suffered by the plaintiff as a result of her fall were caused by the negligence and carelessness of the defendant, **TARGET,** and/or its agents, servants and employees, in one or more of the following ways:

a.      In that it failed to keep the Premises reasonable safe for persons such as the plaintiff lawfully using said Premises;

b.      In that it permitted or caused the water to remain in the area where the plaintiff fell, thereby rendering said area dangerous to pedestrians such as the plaintiff;

c.      In that it knew or should have known that the Premises were frequented and used by customers such as the plaintiff, and that the safety of such persons depended on the fulfillment of its obligation to maintain the Premises, yet if failed to do so;

d.      In that allowed the water on which the plaintiff fell to be upon the floor for an unreasonable period of time and failed to remediate the danger it posed;

e.      In that it failed to provide adequate warning to the plaintiff of the aforementioned dangerous condition;

f.      In that it knew, or in the exercise of reasonable care should have known, of the danger posed to persons such as the plaintiff by the water and should have taken measures to remedy it, but failed to do so; and/or

g.      In that it failed to perform reasonable and/or timely inspections of the Premises in order to discover the existence of the water on which the plaintiff fell, although it could and should have done so.

**LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC**
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
55 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424484

6.      As a result of the negligence and carelessness of the defendant, **TARGET**,

through its agents, servants and/or employees, the plaintiff, **RUBY AMANCIO**, suffered the

following injuries, some or all of which may be permanent in nature:

        a.      Injuries to the muscles and soft tissues of her cervical spine;

        b.      Cervical disc herniations at the C5-C6 and C6-C7 levels;

        c.      Injuries to the muscles and soft tissues of her thoracic spine;

        d.      Injuries to the muscles and soft tissues of her lumbar spine;

        e.      Lumbar disc displacement at the L4-L5 and L5-S1 levels;

        f.      Right knee meniscal sprain/tear;

        g.      Right knee strain/sprain; and

        h.      Emotional upset.

7.      All or some of said injuries or effects therefrom are, or may become, permanent in

nature.

8.      As a further result of the negligence and carelessness of the defendant, through its

agents, apparent agents, servants, and/or employees, the plaintiff was forced to expend large

sums of money for hospital and medical care, medication, diagnostic tests and therapy, all

necessary to her recovery, and may be forced to expend additional sums in the future.

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1885
55 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434

9.     As a further result of the negligence and carelessness of the defendant, through its agents, apparent agents, servants, and/or employees, the plaintiff was unable, and remains unable, to participate in and enjoy her usual activities.

**WHEREFORE,** the plaintiff claims money damages.

THE PLAINTIFF,
**RUBY AMANCIO**

BY: _____

David B. Hartshorn
Law Offices of Brian J. Mongelluzzo, LLC
1211 Chase Parkway
Waterbury, CT 06708
(203) 574-2326
Juris No.:  424434
Her Attorney

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
55 Lexington Street • New Britain, CT 00052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434

RETURN DATE: JULY 28, 2020         :        **SUPERIOR COURT**

**RUBY AMANCIO**             :        **J.D. OF DANBURY**

**V.**                              :        **AT DANBURY**

**TARGET CORPORATION**
**D/B/A TARGET STORES, INC.**      :        **JUNE 23, 2020**

### <u>STATEMENT OF AMOUNT IN DEMAND</u>

The amount of money damages claimed is greater than Fifteen Thousand Dollars

($15,000.00), exclusive of interest and costs.

 

                         **THE PLAINTIFF,**
                         **RUBY AMANCIO**

BY: _____
                         David B. Hartshorn
                         Law Offices of Brian J. Mongelluzzo, LLC
                         55 Lexington Street
                         New Britain, CT 06052
                         (203) 574-2326
                         Juris No.: 424434
                         Her Attorneys

LAW OFFICES OF BRIAN J. MONGELLUZZO, LLC
1211 Chase Parkway • Waterbury, CT 06708 • Office: (203) 574-2326 • Fax: (203) 755-1835
55 Lexington Street • New Britain, CT 06052 • Office: (860) 826-1799 • Fax: (860) 826-1727
Juris # 424434

# EXHIBIT C

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

RUBY AMANCIO,
                    Plaintiff                    :
                                                 :
                                                 :
vs.                                              :          Civil Action No.:
                                                 :
TARGET CORPORATION D/B/A                         :
TARGET STORES, INC.                              :
                                                 :
                    Defendant                    :          July 22, 2020

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446,

defendant, **Target Corporation d/b/a Target Stores, Inc.,** hereby gives notice of the

removal of the above-captioned action from the Superior Court of Connecticut, J.D. of

Danbury at Danbury, which is the judicial district in which said action is pending, to this

Court. The grounds for removal are as follows:

1.      On or about July 8, 2020 the plaintiff, RUBY AMANCIO, commenced a

civil action against Target Corporation D/B/A Target Stores, Inc. in the Superior Court

of Connecticut, J.D. of Danbury, at Danbury, titled Ruby Amancio v. Target Corporation

D/B/A Target Stores, Inc. (the "Danbury Action"), Docket Number, DBD-CV20-

6036522-S.

1

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

2.      In the plaintiff's Complaint, she alleges that as a result of the negligence of the defendant, she "suffered the following injuries, some or all of which may be permanent in nature: injuries to the muscles and soft tissues of her cervical spine; cervical disc herniations at the C5-C6 and C6-C7 levels; injuries to the muscles and soft tissues of her thoracic spine; injuries to the muscles and soft tissues of her lumbar spine; lumbar disc displacement at the L4-L5 and L5-S1 levels; right knee meniscal sprain/tear; right knee strain/sprain and emotional upset."

3.      Plaintiff's counsel's demand letter dated April 30, 2020 sets forth medical bills of over $100,000, and makes a demand of $500,000 to settle the plaintiff's claims.

4.      This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1332(a) because complete diversity exists between the plaintiff and the defendant Target Corporation d/b/a Target Stores, Inc., and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.      There is complete diversity of citizenship between the plaintiff and the defendant. Plaintiff is an individual who is a citizen of the State of Connecticut. The defendant, Target Corporation, is a Minnesota corporation and maintains its principal place of business in Minneapolis, Minnesota.

2

6.    Upon information and belief, the value of the Danbury Action exceeds the sum or value of $75,000, exclusive of interest and costs.  Specifically, the case appears to have value in excess of $75,000 based on the extensive list of injuries listed in the plaintiff's Complaint, the medical bills of over $100,000 and the demand of $500,000 to settle the plaintiff's claims, set forth in plaintiff's counsel's demand letter dated April 30, 2020.

7.    This Notice of Removal is being timely filed within 30 days after the receipt by defendant, Target Corporation d/b/a Target Stores, Inc., through service of a copy of the initial pleading setting forth the claim for relief upon which plaintiff's claims are based, pursuant to 28 U.S.C. § 1446. Plaintiff served her initial pleading in the Danbury Action on defendant Target Corporation d/b/a Target Stores, Inc. on June 24, 2020.  Accordingly, the time for filing this Notice under the provisions of 28 U.S.C. § 1441 has not expired.

8.    This Court would have had original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the Danbury Action had originally been brought in Federal court.  Removal is therefore proper under 28 U.S.C. § 1441(a).

9.    Removal of this case on the basis of diversity citizenship is not precluded by 28 U.S.C § 1441(b)(2) because none of the parties in interest has joined and served

3

as a defendant a citizen of the State of Connecticut, which is the State in which the Danbury Action was brought.

10.     All state court papers served on defendants at the time of removal, consisting of the summons and complaint, are attached hereto as <u>Exhibit B</u>.

11.     Written notice of the filing of this Notice has been given to all parties as required by law (Exhibit C).

12.     Pursuant to 28 USC §1446(d), the defendant has notified the Superior Court of the State of Connecticut of the filing of this petition.

For the reasons set forth above, defendant hereby removes this action from the Superior Court of Connecticut, J.D. of Danbury at Danbury, to this Court.

DEFENDANTS,
TARGET CORPORATION D/B/A
TARGET STORES, INC., ET AL

By: <u>/s/ Renee W. Dwyer ct10580</u>
Renee W. Dwyer, ct10580
Conway Stoughton LLC
641 Farmington Avenue
Hartford, CT 06105
Phone: (860) 523-8000
Fax: (860) 523-8002
E-Mail: <u>rdwyer@conwaystoughton.com</u>

4

## **CERTIFICATION**

I hereby certify that on July 22, 2020, a copy of the foregoing Federal Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Renee W. Dwyer ct10580
Renee W. Dwyer, ct10580
Conway Stoughton LLC
641 Farmington Avenue
Hartford, CT 06105
Phone: (860) 523-8000
Fax: (860) 523-8002
E-Mail: rdwyer@conwaystoughton.com

5